

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00066-CV

**MCDONALD'S RESTAURANTS OF TEXAS,
INC., MCDONALD'S USA, LLC, AND
MCDONALD'S CORPORATION,**

              **Appellants**

 **v.**

**WILLIAM PAUL CRISP, JR. AND J. NICOLE
CRISP, INDIVIDUALLY AND AS REPRESENTATIVES
OF THE ESTATE OF LAUREN BAILEY CRISP
AND DENISE WHITAKER, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
DENTON JAMES WARD,**

              **Appellees**

---

**From the 361st District Court
Brazos County, Texas
Trial Court No. 12-003034-CV-361**

---

# O R D E R

---

The reporter's record in this appeal was originally due in March of 2015.  After abating the appeal so that the trial court could determine a date certain by when the reporter's record would be filed, the reporter's record was filed with this Court on

November 24, 2015.  It has come to our attention, however, that the reporter's record is incomplete in that it does not include a transcription of the voir dire proceedings.[1]

Accordingly, it is ORDERED that Felix Thompson, the now-retired official court reporter for the 361st District Court, complete and file a supplemental reporter's record containing a transcription of the voir dire proceedings in the underlying case within 30 days from the date of this order.

It is further ORDERED that appellant's briefing schedule will not begin to run until the supplemental reporter's record is filed.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Supplemental record ordered
Order issued and filed December 23, 2015



---

[1] Appellant also contends that we do not have Volume 2 of the reporter's record in our electronic filing system.  We have checked the system and Volume 2 is included in the filed reporter's record.